UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| WHITE, et al., | : | |
|         Plaintiffs, | : | |
| | : | Civil Case No. 06-4895 (FSH) |
|   v. | : | |
| | : | **OPINION and ORDER** |
| | : | |
| | : | Date: October 12, 2007 |
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
|         Defendants. | : | |

**HOCHBERG, District Judge**

The Court having adopted Local R. Civ. P. 301.1, which provides for mediation of civil actions; and it appearing that mediation of this civil action would conserve the resources of the Court and the parties and would be in the best interests thereof; and for good cause shown;

It is on this 12th day of October, 2007

ORDERED THAT:

1. This civil action be, and it hereby is, referred to mediation pursuant to Local Civil Rule 301.1. The Court shall assign a mediator from its list; The mediation shall be completed no later than **December 19, 2007**;

2. All proceedings in this civil action are hereby stayed through **December 19, 2007**; and

3. There shall be a status telephone conference with the Undersigned on **December 14, 2007** at 9:30 am. The plaintiff shall initiate the telephone call.

                                          s/Patty Shwartz
                                          United States Magistrate Judge

                                  cc:   Hon. Madeline Cox Arleo
                                           Carol Coleman